[No. 22242-0-III. Division Three. April 12, 2005.]

*In the Matter of the Marriage of* TODD M. BREITENFELDT, *Respondent*, and TAMMARA BREITENFELDT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-3-00711-7, Michael W. Leavitt, J., entered June 13, 2003. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22829-1-III. Division Three. April 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT B. GONZALEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00689-3, Evan E. Sperline, J., entered February 17, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 22610-7-III. Division Three. April 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT M. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 03-1-00073-0, John Hotchkiss, J., entered December 3, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22825-8-III. Division Three. April 14, 2005.]

ED HAWKINS ET AL., *Appellants*, v. CHARLES BRAY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-2-00827-1, Lesley A. Allan, J., entered February 12, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.